IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael D. Head ) ) CASE NO 22 CV 5133 ) Plaintiffs, ) vs. ) Keystrokes Transcription Service Inc., ) **Honorable Sharon Johnson Coleman** And Lee Marie Tkachuk **)Magistrate Judge the Honorable Sunil R.** **)Harjani.** ) **JURY TRIAL DEMANDED** ) **ON ALL COUNTS** Defendants. ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO 56(B) VIA AFFIDAVIT
IN PLACE OF AN IN-COURT HEARING**

NOW COMES Plaintiff, Michael D. Head ("Plaintiff"), by his attorney JOHN IRELAND, moves for default judgment against Defendant Keystrokes Transcription Service Inc., And Lee Marie Tkachuk., pursuant to Rule 55(b) (hereinafter referred to as "Defendants") alleges as follows:

1. This civil action is brought by the above-named plaintiff who seek redress for the Defendants' violations of the Fair Labor Standards Act claims, 29 U.S.C. § 201, et. Seq. and Illinois Minimum Wage Law (IWML), Illinois Wage Payment and Collection Act (IWPCA). (See Docket Document #1).

2. This court entered Judgment in favor of the Plaintiff. (Docket Document # 9).

3. Court also set this matter for an in-person hearing for a prove up of damages. (Id).

4. For efficacy of determination of this matter, Plaintiff now submits an Affidavit asking the court to find Plaintiff's damages via Motion rather than via live hearing.

5. Plaintiff now presents the following as a demand for a certain sum. (see Plaintiff's Affidavit of Damages and Remedies, attached to this Motion as Exhibit 1).

1. Thus Plaintiff asks the court to award the following amounts in Judgment:

   a) FLSA Minimum wages of $2,900.00.

   b) FLSA Liquidated Damages of $2,900.00.

   c) IMWL Differential $1,900.00

   d) IMWL 5% Penalties of $2,160.00.

   e) IMWL treble Penalties $14,400.00.

   f) IWPCA differential $14,007.70.

   g) IWCPA 5% penalties of $9,013.01

   h) Pre-judgment Interest of $705.29.

   i) The above amounts total $47,986.00.

   j) Fees in the amount of $15,835.38.

   k) Costs in the amount of 402.00.

   l) The above amounts total $64,223.38.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully request that this Court grant the following relief:

1. Allow Plaintiff to present his damages via Affidavit, rather than an in-person hearing.

2.	Enter a Default Judgment against Defendant Keystrokes Transcription Service Inc., And Lee Marie Tkachuk Pursuant to Federal Rules of Civil Procedure 55(b),

3.	Plaintiff asks the Court for a Judgment in the amount of total $64,223.38.

2.	Award such other and further relief as this Court deems necessary and proper.

Dated: January 8, 2023	Respectfully submitted,

Respectfully submitted,

By:	‎  -S-John C. Ireland  ‎
John C. Ireland

Attorney for the Plaintiff

John Ireland
The Law Office Of John C. Ireland
636 Spruce Street
South Elgin ILL
60177
  630-464-9675
Facsimile 630-206-0889	attorneyireland@gmail.com

**NOTICE OF FILING/MOTION**

TO: LEE MARIE TKACHUK
Agent for Service of Process for:
KEYSTROKES TRANSCRIPTION SERVICE, INC.
753 FIR COURT
YORKVILLE , IL 60560